IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JONATHAN MULLANE,**

    *Plaintiff*,

v.       Case No.: 4:21cv164-MW/MJF

**JAMES ALMON and MICHELLE GAVAGNI,**

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 34. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 34, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for leave to amend, ECF No. 28, is **DENIED** because amendment would be futile. Defendants' motion to dismiss, ECF No. 14, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED**." The Clerk shall terminate all pending motions and close

the file.

**SO ORDERED on November 15, 2021.**

**s/Mark E. Walker**
**Chief United States District Judge**
